RICHARD BARRY MCDANIEL
PEGGY MICHELLE MCDANIEL
17259 ORANGE GROVE RD
GULFPORT, MS 39503

CITI CARD
PO BOX 790040
ST LOUIS, MO 36179

EXETER FINANCE LLC
PO BOX 166008
IRVING, TX 75016

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CITIBANK
PO BOX 790040
ST LOUIS, MO 63179

FROST-ARNETT CO
P.O. BOX 1280
OAKS, PA 19456

AARON'S
12057 UD 49 C
GULFPORT, MS 39503

CITY OF MEMPHIS EMS
PO BOX 1280
OAKS, PA 19456

GRACELAND PORTABLE BUI
P.O. BOX 1000
DEPT #162
MEMPHIS, TN 38148-0162

AMERICAN ESOTERIC LAB
1701 CENTURY CENTER CV
MEMPHIS, TN 38134

COASTAL ANESTHESIA
3017 13TH ST
GULFPORT, MS 39503

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

BAPTIST MEMORIAL HOSP
P.O. BOX 745336
ATLANTA, GA 30384-5336

COMENITY BANK
PO BOX 182125
COLUMBUS, OH 43218

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

CAINE & WEINER
ATTN: BANKRUPTCY
5805 SEPULVEDA BLVD
SHERMAN OAKS, CA 91411

COMENITY BANK
ATTN: BANKRUPTCY
PO BOX 182273
COLUMBUS, OH 43218

KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

COMENITY CAPITAL
ATTN: BANKRUPTCY
PO BOX 183003
COLUMBUS, OH 43218

KEYSTONE MEDICAL
PO BOX 677864
DALLAS, TX 75267

CAPITAL ONE AUTO
7933 PRESTON RD
PLANO, TX 75024

CREDIT ACCEPTANCE
ATTN: BANKRUPTCY
25505 WEST 12 MILE D
STE 3000
SOUTHFIELD, MI 48034

LABCORP
PO BOX 2240
BURLINGTON, NC 27216-2240

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15299
WILMINGTON, DE 19850

CREDIT BUREAU SYSTEMS
100 FULTON COURT
PADUCAH, KY 42001

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MARION MINOR MEDICAL
136 BLOCK ST
MARION, AR 72364

STEM CARDIOVASCULAR
PO BOX 100
MEMPHIS, TN 38148

URGENT CARE OF BERWICK
5730 OGEECHEE RD
STE 192
SAVANNAH, GA 31405

MEMORIAL HEALTH SYSTEM
PO BOX 738993
DALLAS, TX 75373

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

METHODIST HEALTHCARE
PO BOX 2279
MEMPHIS, TN 38101-2279

SYNCHRONY BANK
ATTN: BANKRUPTCY
POB 965065
ORLANDO, FL 32896

MOBILOANS, LLC
ATTN: BANKRUPTCY
PO BOX 1409
MARKSVILLE, LA 71351

TRUE ACCORD
53 MAIDEN LANE
3RD FLOOR
SAN FRANCISCO, CA 94108

PARAMOUNT RECOVERY SYS
PO BOX 788
LORENA, TX 76655

TSI
ATTN: BANKRUPTCY
PO BOX 15130
WILMINGTON, DE 19850

PATHGROUP
P.O. BOX 740858
CINCINNATI, OH 45274

UPGRADE, INC.
ATTN: BANKRUPTCY
275 BATTERY ST 23RD FL
SAN FRANCISCO, CA 94111

SINGING RIVER HEALTH
2101 US-90
GAUTIER, MS 39553

UPLIFT, INC.
ATTN: BANKRUPTCY
275 BATTERY ST 23RD FL
SAN FRANCISCO, CA 94111

SOUND PHYSICIANS
PO BOX 748996
LOS ANGELES, CA 90074

UPSTART FINANCE
ATTN: BANKRUPTCY
PO BOX 1503
SAN CARLOS, CA 94070

SPRINGLF FIN
PO BOX 1010
EVANSVILLE, IN 47706

UPSTART NETWORK INC.
P.O. BOX 1503
SAN CARLOS, CA 94070