**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Richard Barry McDaniel**                              **Case No. 26-50760-KMS**
          **Peggy Michelle McDaniel, Debtors**                     **CHAPTER 13**

### MOTION TO PAY DIRECT

COMES NOW, Debtors, by and through counsel, and move this Court to adjust the plan payments to Pay Direct, and in support thereof, would show the Court as follows:

1. Debtors commenced this case on May 7, 2026 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The Debtors' plan payments are currently being deducted from Joint-Debtor, Peggy Michelle McDaniel's wages pursuant to a wage order.

3. Continuing the wage order may create employment-related issues for the Joint-Debtor.

4. Debtors request authorization to make the Chapter 13 plan payments directly to the Trustee in lieu of payment through the wage order.

5. Debtors agree to remain current on all Chapter 13 plan payments and understand that, in the event any direct payment is returned for insufficient funds, the Trustee may reinstate the wage order without further notice or hearing.

WHEREFORE, Debtors pray that the Trustee release their wages and issue a direct payment order.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Pay Direct was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

<u>/s/ Thomas C. Rollins, Jr.</u>
Thomas C. Rollins, Jr.