**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Richard Barry McDaniel**                                      **Case No. 26-50760-KMS**
          **Peggy Michelle McDaniel, Debtors**                                      **CHAPTER 13**

## ORDER

THIS CAUSE having come on this date on the Debtor's Motion to Pay Direct (DK

#___), the Court having reviewed and considered the facts herein, and there being no objection

or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Pay Direct is granted.

IT IS FURTHER ORDERED the Trustee shall release the debtor's wages and issue a

direct payment order.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTORS