**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Richard Barry McDaniel**                          Case No. 26-50760-KMS
        **Peggy Michelle McDaniel, Debtors**                          CHAPTER 13

## NOTICE

Debtors have filed papers with the court to adjust the plan payments. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr., U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: May 21, 2026          Signature:   /s/ Thomas C. Rollins, Jr.
                                               Thomas C. Rollins, Jr. (MSBN 103469)
                                               Jennifer Ann Curry Calvillo (MSBN 104367)
                                               The Rollins Law Firm, PLLC
                                               P.O. Box 13767
                                             Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Richard Barry McDaniel**                                   **Case No. 26-50760-KMS**
         **Peggy Michelle McDaniel, Debtors**                          **CHAPTER 13**

## MOTION TO PAY DIRECT

COMES NOW, Debtors, by and through counsel, and move this Court to adjust the plan payments to Pay Direct, and in support thereof, would show the Court as follows:

1. Debtors commenced this case on May 7, 2026 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. The Debtors' plan payments are currently being deducted from Joint-Debtor, Peggy Michelle McDaniel's wages pursuant to a wage order.

3. Continuing the wage order may create employment-related issues for the Joint-Debtor.

4. Debtors request authorization to make the Chapter 13 plan payments directly to the Trustee in lieu of payment through the wage order.

5. Debtors agree to remain current on all Chapter 13 plan payments and understand that, in the event any direct payment is returned for insufficient funds, the Trustee may reinstate the wage order without further notice or hearing.

WHEREFORE, Debtors pray that the Trustee release their wages and issue a direct payment order.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Pay Direct was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

RICHARD BARRY MCDANIEL
PEGGY MICHELLE MCDANIEL

CASE NO: 26-50760-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 5/21/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Pay Direct

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/21/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

RICHARD BARRY MCDANIEL
PEGGY MICHELLE MCDANIEL

CASE NO: 26-50760-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 5/21/2026, a copy of the following documents, described below,

Notice and Motion to Pay Direct

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/21/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 26-50760-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
THU MAY 21 7-15-26 PST 2026

CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

KEESLER FEDERAL CREDIT UNION
CO ROBERT ALAN BYRD
PO BOX 1939
BILOXI  MS 39533-1939

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

AARONS
12057 UD 49 C
GULFPORT  MS 39503

AMERICAN ESOTERIC LAB
1701 CENTURY CENTER CV
MEMPHIS  TN 38134-8975

BAPTIST MEMORIAL HOSP
PO BOX 745336
ATLANTA  GA 30384-5336

CAINE  WEINER
ATTN BANKRUPTCY
5805 SEPULVEDA BLVD
SHERMAN OAKS  CA 91411-2546

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE AUTO
7933 PRESTON RD
PLANO  TX 75024-2359

CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI
ONE  NA DEPARTMENT
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO BOX 15299
WILMINGTON  DE 19850-5299

CITI CARD
PO BOX 790040
ST LOUIS  MO 63179-0040

CITIBANK
PO BOX 790040
ST LOUIS  MO 63179-0040

CITY OF MEMPHIS EMS
PO BOX 1280
OAKS  PA 19456-1280

COASTAL ANESTHESIA
3017 13TH ST
GULFPORT  MS 39501-1833

COMENITY BANK
ATTN BANKRUPTCY
PO BOX 182273
COLUMBUS  OH 43218-2273

COMENITY BANK
PO BOX 182125
COLUMBUS  OH 43218-2125

COMENITY CAPITAL
ATTN BANKRUPTCY
PO BOX 183003
COLUMBUS  OH 43218-3003

CREDIT ACCEPTANCE
ATTN BANKRUPTCY
25505 WEST 12 MILE D
STE 3000
SOUTHFIELD  MI 48034

CREDIT BUREAU SYSTEMS
100 FULTON COURT
PADUCAH  KY 42001-9013

EXCLUDE

(P)EXETER FINANCE  LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

(D)(P)EXETER FINANCE  LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

FROSTARNETT CO
PO BOX 1280
OAKS  PA 19456-1280

GRACELAND PORTABLE BUI
PO BOX 1000
DEPT 162
MEMPHIS  TN 38148-0162

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA  PA 19101-7346

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

KEESLER FCU
POBOX 7001
BILOXI  MS 39534-7001

KEESLER FEDERAL CREDIT UNION
ATTN  BANKRUPTCY DEPT
PO BOX 7001
BILOXI  MS 39534-7001

KEYSTONE MEDICAL
PO BOX 677864
DALLAS  TX 75267-7864

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE  SC 29602-1269

LVNV FUNDING  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

(P)LABORATORY CORPORATION OF AMERICA
ATTN GOVERNMENT AUDITS
PO BOX 2270
BURLINGTON NC 27216-2270

MARION MINOR MEDICAL
136 BLOCK ST
MARION  AR 72364-1954

MEMORIAL HEALTH SYSTEM
PO BOX 738993
DALLAS  TX 75373-8993

METHODIST HEALTHCARE
PO BOX 2279
MEMPHIS  TN 38101-2279

(P)MOBILOANS  LLC
151 MELACON RD
MARKSVILLE LA 71351-3065

(P)PARAMOUNT RECOVERY SYSTEMS
ATTN SUSAN SANCHEZ
7524 BOSQUE BLVD SUITE L
WACO TX 76712-3772

PATHGROUP
PO BOX 740858
CINCINNATI  OH 45274-0858

ROBERT ALAN BYRD
FOR KESSLER FEDERAL CREDIT UNION
PO BOX 1939
BILOXI  MS 39533-1939

SINGING RIVER HEALTH
2101 US90
GAUTIER  MS 39553

SOUND PHYSICIANS
PO BOX 748996
LOS ANGELES  CA 90074-8996

SPRINGLF FIN
PO BOX 1010
EVANSVILLE  IN 47706-1010

STEM CARDIOVASCULAR
PO BOX 100
MEMPHIS  TN 38101-0100

SYNCHRONY BANK
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

SYNCHRONY BANK
ATTN BANKRUPTCY
POB 965065
ORLANDO  FL 32896-5065

TSI
ATTN BANKRUPTCY
PO BOX 15130
WILMINGTON  DE 19850-5130

TRUE ACCORD
53 MAIDEN LANE
3RD FLOOR
SAN FRANCISCO  CA 94108

~~EXCLUDE~~

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530-0001

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON  MS 39201-5022~~

(P)UPGRADE  INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

(P)UPLIFT  INC
2 N CENTRAL AVE FL 10
PHOENIX AZ 85004-4422

UPSTART FINANCE
ATTN BANKRUPTCY
PO BOX 1503
SAN CARLOS  CA 94070-7503

UPSTART NETWORK INC
PO BOX 1503
SAN CARLOS  CA 94070-7503

DEBTOR

URGENT CARE OF BERWICK
5730 OGEECHEE RD
STE 192
SAVANNAH  GA 31405-9581

PEGGY MICHELLE MCDANIEL
17259 ORANGE GROVE RD
GULFPORT  MS 39503-7792

RICHARD BARRY MCDANIEL
17259 ORANGE GROVE RD
GULFPORT  MS 39503-7792

EXCLUDE

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

(P)WARREN A  CUNTZ  T1 JR
PO BOX 3749
GULFPORT MS 39505-3749