United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                     Case No. 26-50760-KMS

Richard Barry McDaniel                                                     Chapter 13

Peggy Michelle McDaniel
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                          Page 1 of 2

Date Rcvd: May 22, 2026                       Form ID: dn022                        Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                  regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

**Recip ID              Recipient Name and Address**
cr                 +  Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:**

**Name                          Email Address**

Robert Alan Byrd
                               on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr
                               on behalf of Joint Debtor Peggy Michelle McDaniel trollins@therollinsfirm.com
                               jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
                               on behalf of Debtor Richard Barry McDaniel trollins@therollinsfirm.com
                               jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                               USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

District/off: 0538-6                    User: mssbad                         Page 2 of 2
Date Rcvd: May 22, 2026                 Form ID: dn022                       Total Noticed: 1

wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 5

dn022−ntcfilecorpstmt−cm (7/25)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**                                                              **Case No.:** 26−50760−KMS

  Richard Barry McDaniel                                      **Chapter:** 13
Peggy Michelle McDaniel
*Debtor(s)*

**To:** Robert Alan Byrd, Esq.

### <u>Notice to File Corporate Ownership Statement</u>

On May 21, 2026, you filed a Motion to Approve Agreement Relating to Relief From The Automatic Stay (Dkt. # 18) on behalf of Keesler Federal Credit Union (the Movant) in the above−referenced case. Pursuant to Miss. Bankr. L.R. 9014−1(c)(1) any corporation (including a general partnership, limited partnership, joint venture, or limited liability company), other than a governmental unit, that is a party to a contested matter shall file a Corporate Ownership Statement (the "Statement") containing the information described in Fed. R. Bankr. P. 7007.1[1].

Therefore, on or before **<u>May 27, 2026</u>**, the Movant must file the Statement[2]. Failure to file the Statement may result in a hearing to show cause why the Court should not impose sanctions for failing to comply with Miss. Bankr. L.R. 9014−1(c)(1).

Date: May 22, 2026                          Danny L. Miller, Clerk of Court
                                            Dan M. Russell, Jr. U.S. Courthouse
                                            2012 15th Street, Suite 244
                                            Gulfport, MS 39501
                                            228−563−1790

_____

[1]Rule 7007.1 requires that the statement identify any parent corporation and any publicly held corporation that owns 10% or more of stock or states that there is no such corporation.

[2]Corporate Ownership Statement (Local Form MSSB−7007.1−Bk) is available on the court's website www.mssb.uscourts.gov.