MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
## Southern District of Mississippi

In re:  RICHARD BARRY MCDANIEL

Case No.: 26-50750 KMS

PEGGY MICHELLE MCDANIEL

*Debtor(s)*

Chapter: 13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
KEESLER FEDERAL CREDIT UNION_____, a

[Name of Corporate Party]

[Check One]

[✓] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[ ] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

OR

[✓] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 05/26/2026

/S/ROBERT ALAN BYRD
Attorney Signature

ROBERT ALAN BYRD          7651
Attorney Name              State Bar Number
PO DRAWER 1939
Address
BILOXI, MS  39533
City, State, and Zip Code
228-432-8123          rab@byrdwiser.com
Telephone Number      Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**