**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT-6 DIVISIONAL OFFICE DIVISION**

| | |
|---|---|
| **IN RE:** | * |
| | *    **CASE NO.: 26-50760-KMS** |
| **PEGGY MICHELLE MCDANIEL AND** | * |
| **RICHARD BARRY MCDANIEL** | * |
| **AKA: RICHARD B MCDANIEL,** | * |
| | * |
| **Debtors.** | * |

**OBJECTION OF CAPITAL ONE AUTO FINANCE,**
**A DIVISION OF CAPITAL ONE, N.A.**
**TO CONFIRMATION TO DEBTORS' CHAPTER 13 PLAN**

Comes now **Capital One Auto Finance, a division of Capital One, N.A.** and respectfully objects to the confirmation of the Debtors' Chapter 13 Plan (hereinafter "plan") filed on May 07, 2026, and as grounds therefor states the following:

1.    Capital One Auto Finance, a division of Capital One, N.A. holds a secured claim covering a 2019 VOLKSWAGEN Atlas Utility 4D SE Technology, 1V2WR2CA0KC502717 vehicle. Copies of the installment sales contract (the "Contract") and evidence of title are attached as Exhibits "A" and "B", respectively. Debtors proposed to pay Capital One Auto Finance, a division of Capital One, N.A. a value of $9,540.00, plus interest 8.500%.

2.    The replacement value of this collateral is $12,425.00. Capital One Auto Finance, a division of Capital One, N.A. should be paid the replacement value of its collateral, plus interest. Further, Capital One Auto Finance, a division of Capital One, N.A. should retain its lien until the Debtors receives a discharge.

3.    Capital One Auto Finance, a division of Capital One, N.A. is adversely affected by the filed plan.

4.    The estimated replacement value a retail merchant would charge for the Collateral is $11,182.50 (90% of valuation). A copy of JD Power valuation is attached as Exhibit "C".

5.    The filed plan is discriminatory as regards Capital One Auto Finance, a division of Capital One, N.A..

6.    The filed plan is not filed in good faith as regards Capital One Auto Finance, a division of

Capital One, N.A..

7.      Therefore, the Plan does not meet the requirements of 11 U.S.C. §1325 and should not be confirmed.

WHEREFORE, Capital One Auto Finance, a division of Capital One, N.A. objects to confirmation as aforesaid; and Capital One Auto Finance, a division of Capital One, N.A. requests such other relief to which it may be entitled in the premises.

**William C. Poole, LLC**
**Attorney For**
**Capital One Auto Finance,**
**a division of Capital One, N.A.**

**BY: /s/ Wesley H. Blacksher**
**WESLEY H. BLACKSHER BAR103026**
**For the Firm**
**William C. Poole, LLC**
**917 Western America Circle**
**Suite 210**
**Mobile, AL 36609**
**(251) 344-5015**
**HWPoolelaw@gmail.com**

## CERTIFICATE OF SERVICE

I, Wesley H. Blacksher, do hereby certify that I have this day caused to be served, via CM/ECF and/or United States Postal Service, a true and correct copy of the above and foregoing document to:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236
trollins@therollinsfirm.com
ATTORNEY FOR DEBTOR

Warren A. Cuntz , Jr.
P. O. Box 3749
Gulfport, MS 39505
wcuntzcourt@gport13.com
TRUSTEE

United States Trustee
501 East Court Street,
Suite 6-430
Jackson, MS 39201
USTPRegion05.JA.ECF@usdoj.gov
U.S. TRUSTEE

Peggy Michelle Mcdaniel
17259 Orange Grove Rd
Gulfport, MS 39503

Richard Barry Mcdaniel
17259 Orange Grove Rd
Gulfport, MS 39503
Debtors

SO CERTIFIED this the 2 day of June 2026.

/s/ Wesley H. Blacksher
Wesley H. Blacksher