United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 26-50760-KMS

Richard Barry McDaniel                                                    Chapter 13

Peggy Michelle McDaniel

Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                        User: mssbad                                        Page 1 of 2

Date Rcvd: Jun 29, 2026                  Form ID: pdf012                             Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol          Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

**Recip ID                    Recipient Name and Address**
db/jdb              + Richard Barry McDaniel, Peggy Michelle McDaniel, 17259 Orange Grove Rd, Gulfport, MS 39503-7792

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

**Name                          Email Address**

Robert Alan Byrd
                                        on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com  wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr
                                        on behalf of Joint Debtor Peggy Michelle McDaniel trollins@therollinsfirm.com
                                        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
                                        on behalf of Debtor Richard Barry McDaniel trollins@therollinsfirm.com
                                        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                                        USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

District/off: 0538-6                          User: mssbad                                   Page 2 of 2
Date Rcvd: Jun 29, 2026                       Form ID: pdf012                                Total Noticed: 1

                  wcuntzcourt@gport13.com  waccourt1@gmail.com

Wesley H. Blacksher

                  on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. BlacksherW@aol.com,
                  debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net

TOTAL: 6

_____

**SO ORDERED,**



*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 29, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Richard Barry McDaniel**                     **Case No. 26-50760-KMS**
           **Peggy Michelle McDaniel, Debtors**              **CHAPTER 13**

## <u>ORDER</u>

THIS CAUSE having come on this date on the Debtor's Motion to Pay Direct (DK

#19 ), the Court having reviewed and considered the facts herein, and there being no objection

or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Pay Direct is granted.

IT IS FURTHER ORDERED the Trustee shall release the debtor's wages and issue a

direct payment order.

##END OF ORDER##


PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTORS