_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 29, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT-6 DIVISIONAL OFFICE

**IN RE:**

|  |  |  |
|---|---|---|
|  | * |  |
| **PEGGY MICHELLE MCDANIEL AND** | * |  |
| **RICHARD BARRY MCDANIEL** | * |  |
| **aka RICHARD B. MCDANIEL,** | * | **CASE NO.: 26-50760-KMS** |
|  | * |  |
|  | * |  |
| **Debtors.** | * |  |

### AGREED ORDER (DOCKET #27)

An Objection to Confirmation was filed by **Capital One Auto Finance, a division of Capital One, N.A.** and the Court being advised that the parties have reached an agreement **IT IS HEREBY ORDERED**:

That the Debtor's Plan is hereby amended to pay **Capital One Auto Finance, a division of Capital One, N.A.** a collateral value of $11,182.50 as regards the 2019 Volkswagen Atlas Utility 4D SE Technology at 8.50% interest over the term of the plan with the Chapter 13 Trustee to determine the monthly payments. The remainder of the claim filed by **Capital One Auto Finance, a division of Capital One, N.A.** shall be treated as all other general unsecured claims.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall have the authority

to amend the plan payments to comply with the terms of this Order.


## END OF ORDER ##


**AGREED BY:**


ATTORNEY FOR THE DEBTOR                    CHAPTER 13 TRUSTEE


/S/ Thomas Carl Rollins, Jr.                    /S/ Phillip Brent Dunaway
Thomas Carl Rollins, Jr. MSBN 103469            Phillip Brent Dunaway, Esq.
The Rollins Law Firm, PLLC                      pdunnaway@gport13.com
trollins@therollinsfirm.com                     Attorney for Chapter 13 Trustee
P.O. Box 13767                                  Warren A. Cuntz T1, Jr.
Jackson, MS 39236                               P.O. Box 3749
(601) 500-5533                                  Gulfport, MS 39505-3749
                                                (228) 831-9531


ATTORNEY FOR THE CREDITOR

/S/ Wesley H. Blacksher
Wesley H. Blacksher  Bar103026
HWPoolelaw@gmail.com
For the Firm of William C. Poole, LLC
917 Western America Circle
Suite 210
Mobile, AL 36609
(251) 344-5015