United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                    Case No. 26-50760-KMS

Richard Barry McDaniel                                                     Chapter 13

Peggy Michelle McDaniel

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                          User: mssbad                                Page 1 of 2

Date Rcvd: Jul 29, 2026                   Form ID: pdf012                          Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2026:**

**Recip ID              Recipient Name and Address**
db/jdb                 +  Richard Barry McDaniel, Peggy Michelle McDaniel, 17259 Orange Grove Rd, Gulfport, MS 39503-7792

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2026                        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2026 at the address(es) listed below:

**Name                          Email Address**

Robert Alan Byrd
                                on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com  wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr
                                on behalf of Joint Debtor Peggy Michelle McDaniel trollins@therollinsfirm.com
                                jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
                                on behalf of Debtor Richard Barry McDaniel trollins@therollinsfirm.com
                                jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
                                USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

District/off: 0538-6                                     User: mssbad                                              Page 2 of 2
Date Rcvd: Jul 29, 2026                                 Form ID: pdf012                                           Total Noticed: 1

wcuntzcourt@gport13.com  waccourt1@gmail.com

Wesley H. Blacksher

on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. BlacksherW@aol.com,
debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net

TOTAL: 6



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: July 29, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT-6 DIVISIONAL OFFICE

IN RE:

|  |  |  |
|---|---|---|
| | * | |
| PEGGY MICHELLE MCDANIEL AND | * | |
| RICHARD BARRY MCDANIEL | * | |
| aka RICHARD B. MCDANIEL, | * | CASE NO.: 26-50760-KMS |
| | * | |
| | * | |
| Debtors. | * | |

### AGREED ORDER (DOCKET #27)

An Objection to Confirmation was filed by **Capital One Auto Finance, a division of Capital One, N.A.** and the Court being advised that the parties have reached an agreement **IT IS HEREBY ORDERED**:

That the Debtor's Plan is hereby amended to pay **Capital One Auto Finance, a division of Capital One, N.A.** a collateral value of $11,182.50 as regards the 2019 Volkswagen Atlas Utility 4D SE Technology at 8.50% interest over the term of the plan with the Chapter 13 Trustee to determine the monthly payments. The remainder of the claim filed by **Capital One Auto Finance, a division of Capital One, N.A.** shall be treated as all other general unsecured claims.

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall have the authority

to amend the plan payments to comply with the terms of this Order.


## END OF ORDER ##


**AGREED BY:**


ATTORNEY FOR THE DEBTOR

/S/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr. MSBN 103469
The Rollins Law Firm, PLLC
trollins@therollinsfirm.com
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533


ATTORNEY FOR THE CREDITOR

/S/ Wesley H. Blacksher
Wesley H. Blacksher  Bar103026
HWPoolelaw@gmail.com
For the Firm of William C. Poole, LLC
917 Western America Circle
Suite 210
Mobile, AL 36609
(251) 344-5015

CHAPTER 13 TRUSTEE

/S/ Phillip Brent Dunaway
Phillip Brent Dunaway, Esq.
pdunnaway@gport13.com
Attorney for Chapter 13 Trustee
Warren A. Cuntz T1, Jr.
P.O. Box 3749
Gulfport, MS 39505-3749
(228) 831-9531