# Proceeding Minutes / Proceeding Memo

**Case #:**  26-50760          **Case Name:**   Richard Barry McDaniel and Peggy Michelle McDaniel

**Set:**   08/06/2026 10:00 am   **Chapter:**  13   **Type:**  bk      **Judge**  Katharine M. Samson

**matter**   Confirmation Hearing

Objection to Confirmation filed by Capital One Auto Finance (Dkt. #27) - AGREED ORDER TO BE SUBMITTED BY BLACKSHER; CALLED IN BY BLACKSHER'S OFFICE

---

Minute Entry Re: (related document(s): [10] Confirmation Hearing) Agreed Order entered on the Objection filed by Capital One Auto Finance, a division of Capital One, N.A. (Dkt. #27). Confirmation hearing removed. (srw)