United States Bankruptcy Court
Southern District of Mississippi

In re:

Richard Barry McDaniel

Peggy Michelle McDaniel

    Debtors

Case No. 26-50760-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 4 |
| Date Rcvd: Aug 05, 2026 | Form ID: n031 | Total Noticed: 69 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard Barry McDaniel, Peggy Michelle McDaniel, 17259 Orange Grove Rd, Gulfport, MS 39503-7792 |
| cr | + | Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5669168 | | Aaron's, 12057 UD 49 C, Gulfport, MS 39503 |
| 5669169 | + | American Esoteric Lab, 1701 Century Center Cv, Memphis, TN 38134-8975 |
| 5669170 | | Baptist Memorial Hosp, P.O. Box 745336, Atlanta, GA 30384-5336 |
| 5669177 | + | City of Memphis EMS, PO Box 1280, Oaks, PA 19456-1280 |
| 5669178 | + | Coastal Anesthesia, 3017 13th St, Gulfport, MS 39501-1833 |
| 5669185 | + | Frost-Arnett Co, P.O. Box 1280, Oaks, PA 19456-1280 |
| 5669186 | | Graceland Portable Bui, P.O. Box 1000, Dept #162, Memphis, TN 38148-0162 |
| 5669193 | + | Marion Minor Medical, 136 Block St, Marion, AR 72364-1954 |
| 5669194 | + | Memorial Health System, PO Box 738993, Dallas, TX 75373-8993 |
| 5672713 | + | Robert Alan Byrd, For Kessler Federal Credit Union, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5669199 | | Singing River Health, 2101 US-90, Gautier, MS 39553 |
| 5669200 | + | Sound Physicians, PO Box 748996, Los Angeles, CA 90074-8996 |
| 5669202 | + | Stem Cardiovascular, PO Box 100, Memphis, TN 38101-0100 |
| 5669205 | | True Accord, 53 Maiden Lane, 3rd Floor, San Francisco, CA 94108 |
| 5669211 | + | Urgent Care of Berwick, 5730 Ogeechee Rd, Ste 192, Savannah, GA 31405-9581 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 05 2026 19:53:05 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5688350 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2026 19:53:01 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5676453 | | Email/Text: bnc@finbounce.com | Aug 05 2026 19:52:00 | Bounce AI, Inc, 333 Metro Park, Suite S-205, Rochester, NY 14623 |
| 5697579 | + | Email/Text: ECF@UNIVERSALCOLLECTIONSYSTEMS.COM | Aug 05 2026 19:52:00 | CITY OF MEMPHIS EMS C/O UCS, P O BOX 751090, MEMPHIS, TN 38175-1090 |
| 5669171 | + | Email/Text: caineweiner@ebn.phinsolutions.com | Aug 05 2026 19:52:22 | Caine & Weiner, Attn: Bankruptcy, 5805 Sepulveda Blvd, Sherman Oaks, CA 91411-2546 |
| 5669172 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 05 2026 19:53:10 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5669173 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 05 2026 19:53:01 | Capital One Auto, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5670892 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 05 2026 19:53:10 | Capital One Auto Finance, a division of Capital, |

District/off: 0538-6 | User: mssbad | Page 2 of 4
Date Rcvd: Aug 05, 2026 | Form ID: n031 | Total Noticed: 69

| | | | | |
|---|---|---|---|---|
| | | | | One, N.A. Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5669174 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 05 2026 19:53:10 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5669175 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 05 2026 19:53:02 | Citi Card, Po Box 790040, St Louis, MO 63179-0040 |
| 5669176 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 05 2026 19:53:02 | Citibank, Po Box 790040, St Louis, MO 63179-0040 |
| 5693785 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 05 2026 19:53:02 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5669180 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 05 2026 19:52:00 | Comenity Bank, Attn: Bankruptcy, Po Box 182273, Columbus, OH 43218-2273 |
| 5669179 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 05 2026 19:52:00 | Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 5669181 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 05 2026 19:52:00 | Comenity Capital, Attn: Bankruptcy, Po Box 183003, Columbus, OH 43218-3003 |
| 5669182 | | Email/Text: ebnnotifications@creditacceptance.com | Aug 05 2026 19:52:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile d, Ste 3000, Southfield, MI 48034 |
| 5669183 | + | Email/Text: Bankruptcy@credit-bureau.com | Aug 05 2026 19:52:00 | Credit Bureau Systems, 100 Fulton Court, Paducah, KY 42001-9013 |
| 5674517 | | Email/Text: exeter@ebn.phinsolutions.com | Aug 05 2026 19:52:00 | Exeter Finance LLC, 2101 W. John Carpenter Fwy, Irving, TX 75063 |
| 5669184 | | Email/Text: exeter@ebn.phinsolutions.com | Aug 05 2026 19:52:00 | Exeter Finance LLC, Po Box 166008, Irving, TX 75016 |
| 5669188 | + | Email/Text: ebone.woods@usdoj.gov | Aug 05 2026 19:52:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5669187 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 05 2026 19:52:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5682883 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 05 2026 19:52:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5676932 | + | Email/Text: RASEBN@raslg.com | Aug 05 2026 19:52:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5669189 | + | Email/Text: melissa.martin@kfcu.org | Aug 05 2026 19:52:00 | Keesler FCU, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5672315 | + | Email/Text: melissa.martin@kfcu.org | Aug 05 2026 19:52:00 | Keesler Federal Credit Union, ATTN: Bankruptcy Dept., PO Box 7001, Biloxi, MS 39534-7001 |
| 5669190 | + | Email/Text: bankruptcynotice@keystonehealthcare.com | Aug 05 2026 19:52:00 | Keystone Medical, PO Box 677864, Dallas, TX 75267-7864 |
| 5669191 | | Email/Text: govtaudits@labcorp.com | Aug 05 2026 19:52:00 | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 5669192 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2026 19:53:01 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 5671645 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 05 2026 19:53:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5669196 | | Email/Text: bankruptcy@mobiloans.com | Aug 05 2026 19:52:00 | Mobiloans, LLC, Attn: Bankruptcy, Po Box 1409, Marksville, LA 71351 |
| 5669195 | ^ | MEBN | Aug 05 2026 19:47:08 | Methodist Healthcare, PO Box 2279, Memphis, TN 38101-2279 |
| 5680555 | + | Email/PDF: cbp@omf.com | | |

District/off: 0538-6 | User: mssbad | Page 3 of 4
Date Rcvd: Aug 05, 2026 | Form ID: n031 | Total Noticed: 69

| | | Aug 05 2026 19:53:10 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5669197 | Email/Text: clientservices@paramountrecovery.com | Aug 05 2026 19:52:00 | Paramount Recovery Sys, PO Box 788, Lorena, TX 76655 |
| 5693875 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 05 2026 19:53:05 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5669198 | ^ MEBN | Aug 05 2026 19:46:42 | Pathgroup, P.O. Box 740858, Cincinnati, OH 45274-0858 |
| 5694277 | Email/Text: bnc-quantum@quantum3group.com | Aug 05 2026 19:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5679894 | Email/Text: bnc-quantum@quantum3group.com | Aug 05 2026 19:52:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5694276 | Email/Text: bnc-quantum@quantum3group.com | Aug 05 2026 19:52:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5697580 | + Email/Text: ECF@UNIVERSALCOLLECTIONSYSTEMS.COM | Aug 05 2026 19:52:00 | STERN CARDIOVASCULAR FOUNDATION C/O UCS, P O BOX 751090, MEMPHIS, TN 38175-1090 |
| 5676595 | ^ MEBN | Aug 05 2026 19:47:31 | Singing River Health System, C/O Michael J. McElhaney, Jr., P. O. Box 1618, Pascagoula, MS 39568-1618 |
| 5669201 | + Email/PDF: cbp@omf.com | Aug 05 2026 19:53:10 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 5696647 | + Email/PDF: ebn_ais@aisinfo.com | Aug 05 2026 19:53:05 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5669203 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 05 2026 19:53:10 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5669204 | + Email/PDF: ais.sync.ebn@aisinfo.com | Aug 05 2026 19:53:05 | Synchrony Bank, Attn: Bankruptcy, Pob 965065, Orlando, FL 32896-5065 |
| 5669206 | + Email/Text: bankruptcydepartment@tsico.com | Aug 05 2026 19:52:00 | TSI, Attn: Bankruptcy, Po Box 15130, Wilmington, DE 19850-5130 |
| 5669207 | Email/Text: bknotice@upgrade.com | Aug 05 2026 19:52:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery St 23rd Fl, San Francisco, CA 94111 |
| 5669208 | Email/Text: bankruptcies@uplift.com | Aug 05 2026 19:52:00 | Uplift, Inc., Attn: Bankruptcy, 275 Battery St 23rd Fl, San Francisco, CA 94111 |
| 5669212 | ^ MEBN | Aug 05 2026 19:47:19 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5669209 | + Email/Text: UpStart@ebn.phinsolutions.com | Aug 05 2026 19:52:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 5669210 | + Email/Text: UpStart@ebn.phinsolutions.com | Aug 05 2026 19:52:00 | Upstart Network Inc., P.o. Box 1503, San Carlos, CA 94070-7503 |
| 5679627 | + Email/Text: peritus@ebn.phinsolutions.com | Aug 05 2026 19:52:00 | Upstart Network, Inc, c/o Peritus Portfolio Services II, LLC, PO Box 1149, GRAPEVINE, TX 76099-1149 |
| 5693602 | + Email/PDF: ebn_ais@aisinfo.com | Aug 05 2026 19:53:05 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 52

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

District/off: 0538-6                        User: mssbad                        Page 4 of 4
Date Rcvd: Aug 05, 2026                     Form ID: n031                       Total Noticed: 69

**preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5680556 | *+ | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5694486 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2026                Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com  wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Peggy Michelle McDaniel trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Richard Barry McDaniel trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |
| Wesley H. Blacksher | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. BlacksherW@aol.com, debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net |

TOTAL: 6

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:**  26−50760−KMS
**Chapter:**  13

**In re:**

Richard Barry McDaniel
aka Richard B McDaniel
17259 Orange Grove Rd
Gulfport, MS 39503

Peggy Michelle McDaniel
17259 Orange Grove Rd
Gulfport, MS 39503

Notice of Entry of Order Confirming Plan

The Court entered an Order on August 5, 2026 (Dkt. # 38 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: August 5, 2026

Danny L. Miller, Clerk of Court